IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00088-FDW

| | |
|---|---|
| RONALD MCCLARY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>BELQUIS HOPKINS, Lead Nurse; )<br>DAVID MITCHELL; )<br>ANTHONY SEARLES, )<br>)<br>Defendants. )<br>) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit for entry of an Order allowing Plaintiff to file an amended complaint. McClary v. Hopkins, et al., No. 16-7063 (4th Cir. Nov. 22, 2016). (Doc. No. 29). In accordance with the Fourth Circuit's directive, Plaintiff is notified that he may file an amended complaint in this matter.

**IT IS, THEREFORE, ORDERED** that Plaintiff may file an amended complaint within 21-days from entry of this Order.

**SO ORDERED**.

Signed: December 12, 2016

Frank D. Whitney
Chief United States District Judge