UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-88-FDW

| RONALD McCLARY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| BELQUIS HOPKINS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's "Motion to Leave," (Doc. No. 46), in which he asks the Court to consider several documents that he apparently intends to introduce as evidence in support of his deliberate indifference claim.

Plaintiff's request for the Court to consider his evidence is premature, as the Defendants have not yet been served. After service happens, and the Defendants file answers, the Court will issue a scheduling order that will explain the next steps in the case and set upcoming deadlines. The denial of this Motion is without prejudice for Plaintiff to introduce his evidence at the appropriate time.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Leave," (Doc. No. 46), is **DENIED**.

Signed: March 2, 2018

Frank D. Whitney
Chief United States District Judge

1