# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-88-FDW

| | |
|---|---|
| RONALD McCLARY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )    **ORDER** |
| | ) |
| BELQUIS HOPKINS, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the US Marshals Service's return of an unexecuted summons as to Defendant Belquis Hopkins. (Doc. No. 83).

On June 12, 2018, the United States Marshals Service was ordered to attempt to serve Defendant Hopkins in accordance with Rule 4 of the Federal Rules of Civil Procedure. It was further order, that, if Defendant Hopkins cannot be served at the address provided by NC DPS, to locate her home address so that she may be served. The US Marshals Service was instructed that, if it was unable to obtain personal service on her, to inform the Court of its reasonable attempts to obtain service. (Doc. No. 70 at 1-2); see (Doc. No. 71).

On August 13, 2018, the summons was returned unexecuted as to Defendant Hopkins. (Doc. No. 83). The "Remarks" section states: 6/13/2018 – Process rec'd/ entered, given to deputy for service; 08/10/2018 – Process returned unexecuted – closed 285;" and the "Address" section states "Need more information, name dob is need to confirm ID." (Doc. No. 83).

Within 14 days of this Order, the US Marshals Service shall file a Response informing the Court its reasonable efforts to locate Defendant Hopkins and personally serve her.

1

The U.S. Marshal shall not disclose Defendant's home addresses to the *pro se* incarcerated Plaintiff and shall file any document containing such address under seal.

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall file a Response within **fourteen (14)** days of this Order informing the Court of its reasonable efforts to locate Defendant Hopkins and personally serve her.

(3) The Clerk is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

Signed: August 15, 2018

Frank D. Whitney
Chief United States District Judge